# 944 . CASES REPORTED WITH BRIEF SYLLABI.

Lammert Dekker v. Richey, Brown & Donald.— Motion granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George Skidmore and Others v. Frederick S. Myers, as Executor.— Motion granted as indicated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Manhattan Bridge Three Cent Line.— Report confirmed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Willard G. Stanton.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

Philip Callan v. Peter Callan and Others. Mary O'Beirne v. Peter Callan and Others.— Motion denied, with ten dollars costs.— Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Contractors' Supply Company, Respondent, v. Rollin Tracy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Caroline W. Frame, Respondent, v. Frederick P. Forster, Appellant. (2 cases.) — In each case order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eben Plympton, Appellant, v. Theodore A. Liebler and Another, Respondents.— Judgment and order affirmed, with costs, on *Pollock* v. *Shubert Theatrical Company* (146 App. Div. 628). Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. (Ingraham, P. J., dissented.)

In the Matter of Milton Hart, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Ethel L. Roehn, Respondent, v. Ernest F. Roehn, Appellant.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Schopp, Respondent, v. Frank A. Stirrup, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, and finding that defendant was negligent reversed on the ground that the verdict was against the weight of evidence. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Albert J. Kingsbury, Appellant, v. Joel W. Burdick, Respondent.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.